NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POP TOP CORP.,**
*Plaintiff-Appellant*

**v.**

**RAKUTEN KOBO INC.,**
*Defendant-Appellee*

---

2021-2174

---

Appeal from the United States District Court for the Northern District of California in No. 4:20-cv-04482-DMR, Magistrate Judge Donna M. Ryu.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn LLC, Chicago, IL, argued for plaintiff-appellant.

JOSHUA LEE RASKIN, Greenberg Traurig, LLP, New York, NY, argued for defendant-appellee.  Also represented by JUSTIN ALBANO MACLEAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2022          /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court